IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NICOLE AGA, | Civil File No. 08-00865-JTM |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Nicole Aga, and the defendant, NCO Financial Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: 01/22/09

By /s/ J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: 01/22/09

By /s/ Paul M. Croker
Paul M. Croker
Wallace Saunders Austin Brown & Enochs, Chtd.
2300 Main Street, Suite 900
Kansas City, MO 64108
(913) 888-1000
(913) 888-1065 (fax)
ATTORNEY FOR DEFENDANT